UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-10004 |
| FREDRICK D. DEESE, | ) |
| Defendant. | ) |

## ORDER

On February 24, 2021, Magistrate Judge Jonathan E. Hawley filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 39). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. The plea of guilty of the Defendant to Counts 1 and 2 of the Indictment and the agreement to forfeit the items described in the notice of forfeiture are accepted. The Defendant is adjudged guilty of the offense.

The Sentencing Hearing remains set for June 2, 2021, at 10:00 AM in Peoria before Judge Michael M. Mihm.

ENTERED this 12th day of March, 2021.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge